■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND M. IVEYS, III, Appellant. [872 NYS2d 339]—Appeal from

a judgment of the Niagara County Court (Sara S. Sperrazza, J.), rendered December 19, 2006. The judgment convicted defendant, upon his plea of guilty, of attempted robbery in the first degree (two counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Lococo*, 92 NY2d 825, 827 [1998]). Present—Martoche, J.P., Fahey, Green and Pine, JJ.